

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00546-CR

Joshua **TRUJILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR3933
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED October 16, 2024.

_____
Irene Rios, Justice